UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| MCA OF LOUISIANA, INC., a Louisiana Corporation; A.A. MARNELL II, CHTD., a Nevada Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 5: 03 CV 1179 |
| Plaintiffs | | |
| vs. | | JUDGE WALTER |
| BILLES/MANNING ARCHITECTS OF SHREVEPORT, L.L.C., A Louisiana Corporation; RED RIVER GROUP, INC., A Louisiana Corporation; WATER TECHNOLOGIES, INC., A Georgia Corporation; and, DOES I through X, Inclusive, and ROE CORPORATIONS I through X, | | MAG. JUDGE HORNSBY |
| Defendants | | |

**O R D E R**

Considering the foregoing,

IT IS ORDERED that the stay is lifted and that all claims made subject to this litigation by and between the parties, Billes/Manning Architects of Shreveport, LLC, MCA of Louisiana, LLC, A.A. Marnell II, CHTD, Ltd., and St. Paul/Travelers Insurance Company, are hereby dismissed, with prejudice, each party to bear its own cost.

___Shreveport___, Louisiana, this __22__ day of November, 2007.

_____
JUDGE